IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRENDA MARCELL OWEN,

     Plaintiff,

                                        Case No.  18-cv-997-wmc

    v.

UNKNOWN,

     Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 6/7/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |